RECEIVED

JUN 1 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| IBERIA PARISH GOVERNMENT | * | CIVIL NO. 14-2985 |
| VERSUS | * | JUDGE DOHERTY |
| SHANE ROMERO | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Shane Romero's Motion to Dismiss Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367 [rec. doc. 7] is **GRANTED**, all of plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _10_ day of _June_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE